UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X   O R D E R
SADDAM M. MUBAREZ,

           Plaintiff,             CV-06-1616 (JG)

  -against-

CAVALRY PORTFOLIO SERVICES, LLC

           Defendants.
------------------------------------X

    An initial conference will be held in the above-captioned case on May 3, 2006, at 12:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

    <u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference.</u> No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated:  Brooklyn, New York
       April 13, 2006

                                   s/Joan M. Azrack
                                   JOAN M. AZRACK
                                   UNITED STATES MAGISTRATE JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 14 2006 ★
BROOKLYN OFFICE